UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE D. LANG,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>F. GUZMAN,<br><br>　　　　　　Respondent. | Case No. 2:25-cv-3610-JDP (P)<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an *in forma pauperis* affidavit or paid the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or submit the appropriate filing fee.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed *in forma pauperis* or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

　　　　2. The Clerk of the Court is directed to send petitioner a copy of the *in forma pauperis* form used by this district.

IT IS SO ORDERED.

Dated:   December 22, 2025                 /s/ Jeremy Peterson
                                               JEREMY D. PETERSON
                                               UNITED STATES MAGISTRATE JUDGE