UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURENCE D. LANG,

                    Petitioner,

          v.

F. GUZMAN,

                    Respondent.

Case No.  2:25-cv-3610-DC-JDP (P)

ORDER

Petitioner filed this section 2254 action on December 15, 2025.  ECF No. 1.  On December 22, 2025, after no application to proceed in forma pauperis or filing fee was submitted, I directed petitioner to submit one or the other.  ECF No. 3.  Petitioner responded to my order and claimed that he had already submitted the filing fee.  ECF No. 4.  I have inquired with the financial department of the Clerk of Court and been told that there is no record of the filing fee being submitted for this case.  It is uncertain what occurred, but I will direct the Clerk of Court to send petitioner an application to proceed *in forma pauperis* with this order.  If petitioner cannot afford the five-dollar filing fee, he may submit the application instead.

Accordingly, it is ORDERED that:

1.  Within twenty-one days, plaintiff must submit either the five dollar filing fee or a

1

completed application to proceed *in forma pauperis*.

2. The Clerk of Court shall send plaintiff an *in forma pauperis* form with this order.

IT IS SO ORDERED.

Dated:    May 5, 2026                    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2